UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CLINTON PARKS, Individually

    Plaintiff,

v.                            Case No.:  2:20-cv-227-FtM-38NPM

JOHN W RICHARD and
SHIPWRECK MOTEL, INC.,

    Defendants.
_____/

### **ORDER**[1]

Before the Court is the parties' joint Stipulation for Approval of Consent Decree and Dismissal of Case with Prejudice (Doc. 35). The parties resolved this matter via a Consent Decree (Doc. 35-1) in which Defendants agreed to increase website compliance with Title III of the Americans with Disabilities Act. The parties stipulated to the Court retaining jurisdiction to enforce the terms of the Consent Decree, and to dismiss the case with prejudice. After review, the Court approves the Consent Decree (Doc. 35-1), retains jurisdiction for a period of time, and dismisses the case with prejudice.

Accordingly, it is now

**ORDERED:**

(1) The parties' joint Stipulation for Approval of Consent Decree and Dismissal of Case with Prejudice (Doc. 35) is **GRANTED**.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

(2) The Consent Decree (Doc. 35-1) is **APPROVED**, and the Court will retain jurisdiction over its enforcement **until March 15, 2021**.

(3) The Clerk is **DIRECTED** to enter judgment dismissing the case with prejudice subject to the terms of the Consent Decree (Doc. 35-1), which shall be attached to the judgment.

(4) The Clerk is **DIRECTED** to terminate any pending motions or deadlines and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 15th day of September, 2020.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record